AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Christel, David W. | Western District of Washington | 08/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1717 Pacific Avenue
Tacoma, WA 98402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Member | Amen Corner Management, LLC |
| 2. | Manager/Member | Blue Tee Management, LLC |
| 3. | Manager/Member | Double Cut Management, LLC |
| 4. | Manager/Member | Double Eagle Management, LLC |
| 5. | Manager/Member | First Cut Management, LLC |
| 6. | Manager/Member | Front Nine Management, LLC |
| 7. | Manager/Member | Kick Point, LLC |
| 8. | Manager/Member | Pelican Bay Management, LLC |
| 9. | Manager/Member | Rocklin Northwest, LLC |
| 10. | Manager/Member | Silver Lake RV Park, LLC |
| 11. | Manager/Member | Topspin Properties, LLC |
| 12. | Member | Black Silver, LLC |
| 13. | Member | MAJ Airport, LLC |
| 14. | Attorney in Fact | POA #1 |
| 15. | Manager/Member | Inward9 Properties, LLC |
| 16. | Manager/Member | Double Green Properties, LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 08/01/2019 |

| | | |
|---|---|---|
| 17. | Member | MAJ Fife, LLC |
| 18. | Manager/Member | Pin High NW, LLC |
| 19. | Manager/Member | Pin High Partners, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Umpqua Bank | Financing on commercial property, Sunnybrook, OR | P2 |
| 2. | First Republic Bank | Financing on MAJ Airport, LLC, Portland, OR | P1 |
| 3. | Morgan Stanley | Fixed Rate Loan | M |
| 4. | Washington State Employee's Credit Union | Financing on commercial property, Vancouver, WA (Black Silver, LLC) | P1 |
| 5. | First Republic Bank | Financing on commercial property, Stockton, CA (Topspin, Properties, LLC) | P1 |
| 6. | Washington Federal Bank | Financing on commercial property, Vancouver, WA (Topspin Properties, LLC) | P2 |
| 7. | First Republic Bank | Financing on commercial property, Vancouver, WA (Pin High NW, LLC) | P2 |
| 8. | First Republic Bank | Financing on commercial property, Puyallup, WA (Inward9 Properties, LLC) | P1 |
| 9. | First Republic Bank | Financing on commercial property, Fife, WA (MAJ Fife, LLC) | P1 |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Chase (cash) | A | Interest | N | T | | | | | |
| 2.  Columbia Community Credit Union (cash) | A | Interest | J | T | | | | | |
| 3.  IQ Credit Union (cash) | A | Interest | K | T | | | | | |
| 4.  BROKERAGE #1 (H) | | | | | | | | | |
| 5.  Morgan Stanley Bank Account (cash) | A | Int./Div. | L | T | | | | | |
| 6.  Alaska Air Group Incorporated (ALK) | A | Dividend | J | T | Buy | 08/29/18 | J | | |
| 7. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 8. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 9.  Alexion Pharm (ALXN) | | None | J | T | Buy (add'l) | 06/26/18 | J | | |
| 10. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 11. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 12. Alphabet Inc Cl A (GOOGL) | | None | K | T | Buy (add'l) | 11/09/18 | J | | |
| 13. Amazon Com (AMZN) | | None | J | T | Sold (part) | 03/16/18 | J | B | |
| 14. | | | | | Sold (part) | 07/30/18 | J | B | |
| 15. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 16. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 17. | | | | | Buy (add'l) | 12/12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple (AAPL) | A | Dividend | K | T | | | | | |
| 19. Berkshire Hathaway Cl-B New (BRK'B) | | None | K | T | Buy | 09/07/18 | K | | |
| 20. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 21. Blackrock (BLK) | A | Dividend | K | T | Buy (add'l) | 11/09/18 | J | | |
| 22. Boeing (BA) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 23. | | | | | Sold (part) | 03/22/18 | J | B | |
| 24. Broadcom (AVGO) | | None | | | Sold (part) | 02/01/18 | J | A | |
| 25. | | | | | Sold | 02/09/18 | J | D | |
| 26. Centene Corporation (CNC) | | None | K | T | Buy | 02/12/18 | J | | |
| 27. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 28. | | | | | Sold (part) | 09/19/18 | J | B | |
| 29. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 30. Chevron (CVX) | A | Dividend | K | T | Buy (add'l) | 10/02/18 | J | | |
| 31. Chubb (CB) | A | Dividend | K | T | Buy (add'l) | 09/19/18 | J | | |
| 32. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 33. Cisco Sys Inc (CSCO) | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 34. Citigroup (C) | A | Dividend | | | Buy (add'l) | 02/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/31/18 | K | | |
| 36. ConocoPhilips (COP) | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 37. Constellation Brands Inc Cl A (STZ) | A | Dividend | K | T | Sold (part) | 05/22/18 | J | B | |
| 38. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 39. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 40. Discover Financial Services (DFS) | A | Dividend | K | T | Buy (add'l) | 10/31/18 | J | | |
| 41. Eaton Corp (ETN) | A | Dividend | K | T | Buy (add'l) | 10/02/18 | J | | |
| 42. Edward Lifesciences (EW) | | None | K | T | | | | | |
| 43. Energy Sel Sect SPDR Fd (XLE) | A | Dividend | | | Buy (add'l) | 10/02/18 | J | | |
| 44. | | | | | Sold | 11/09/18 | K | A | |
| 45. Estee Lauder Co Inc Cl A (EL) | A | Dividend | J | T | Sold (part) | 06/26/18 | J | C | |
| 46. | | | | | Sold (part) | 07/30/18 | J | A | |
| 47. Facebook Inc Cl-A (FB) | | None | K | T | | | | | |
| 48. Goldman Sachs (GS) | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 49. | | | | | Sold | 05/31/18 | J | | |
| 50. | | | | | Buy | 12/26/18 | J | | |
| 51. Halliburton (HAL) | A | Dividend | | | Buy (add'l) | 03/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/25/18 | J | | |
| 53. Honeywell International (HON) | A | Dividend | K | T | | | | | |
| 54. Invesco (IVZ) | | None | | | Sold | 02/12/18 | K | A | |
| 55. iShares S&P Midcap 400 Index (IJH) | A | Dividend | | | Buy (add'l) | 05/31/18 | J | | |
| 56. | | | | | Sold (part) | 09/07/18 | J | B | |
| 57. | | | | | Sold | 09/19/18 | K | C | |
| 58. JPMorgan Chase (JPM) | A | Dividend | K | T | Buy (add'l) | 02/12/18 | J | | |
| 59. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 60. Lyondellbasell NV Cl-A (LYB) | A | Dividend | | | Buy | 01/11/18 | J | | |
| 61. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 62. | | | | | Sold | 10/17/18 | J | | |
| 63. Marathon Petroleum Corp (MPC) | | None | J | T | Buy | 12/20/18 | J | | |
| 64. Micron Tech (MU) | | None | | | Sold (part) | 02/09/18 | J | A | |
| 65. | | | | | Sold (part) | 03/22/18 | J | B | |
| 66. | | | | | Sold (part) | 05/21/18 | J | B | |
| 67. | | | | | Sold (part) | 06/04/18 | J | D | |
| 68. | | | | | Sold | 06/13/18 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 70. Nextera Energy (NEE) | A | Dividend | K | T | Sold (part) | 09/19/18 | J | A | |
| 71. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 72. Nike Inc B (NKE) | A | Dividend | K | T | Buy (add'l) | 02/26/18 | J | | |
| 73. Palo Alto Networks (PANW) | | None | J | T | Buy (add'l) | 01/11/18 | J | | |
| 74. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 75. | | | | | Sold (part) | 07/30/18 | J | A | |
| 76. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 77. Pepsico (PEP) | A | Dividend | K | T | Sold | 01/11/18 | K | B | |
| 78. | | | | | Buy | 06/15/18 | J | | |
| 79. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 80. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 81. Pfizer Inc (PFE) | A | Dividend | K | T | | | | | |
| 82. Invesco (formerly Powershares) QQQ TR (QQQ) | A | Dividend | K | T | Sold (part) | 06/27/18 | J | B | |
| 83. Raytheon (RTN) | A | Dividend | K | T | Buy (add'l) | 10/02/18 | J | | |
| 84. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 85. Ross Stores (ROST) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Royal Dutch Shell PLC (RDS'A) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 87. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 88. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 89. Suntrust Bks (STI) | A | Dividend | | | Buy | 05/31/18 | J | | |
| 90. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 91. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 92. | | | | | Sold | 12/26/18 | J | | |
| 93. TE Connectivity LTD New (TEL) | A | Dividend | | | Buy | 06/15/18 | J | | |
| 94. | | | | | Sold | 09/07/18 | J | | |
| 95. Thermo Fisher Scientific (TMO) | A | Dividend | K | T | | | | | |
| 96. United Health GP (UNH) | A | Dividend | K | T | Buy (add'l) | 12/12/18 | J | | |
| 97. US Silica Hldgs (SLCA) | A | Dividend | | | Sold | 05/31/18 | J | | |
| 98. Valero Energy CP Dela New (VLO) | A | Dividend | | | Buy | 08/29/18 | J | | |
| 99. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 100. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 101. | | | | | Sold | 12/20/18 | J | | |
| 102. Vantiv Cl A (VNTV) | | None | | | Merged (with line 113) | 01/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 11 of 28

**Name of Person Reporting**

Christel, David W.

**Date of Report**

08/01/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Vanguard Value ETF Index (VTV) | A | Dividend | K | T | Buy | 09/19/18 | K | | |
| 104. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 105. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 106.  Verizon Communications (VZ) | A | Dividend | | | Sold | 09/19/18 | K | B | |
| 107.  Visa Inc Cl A (V) | A | Dividend | K | T | Sold (part) | 07/30/18 | J | C | |
| 108. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 109.  Voya Finl (VOYA) | A | Dividend | K | T | Buy (add'l) | 09/19/18 | J | | |
| 110. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 111. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 112.  Walt Disney Co Holding (DIS) | A | Dividend | K | T | Buy (add'l) | 10/02/18 | J | | |
| 113.  Worldpay Inc Cl A (WP) | | None | J | T | Buy (add'l) | 02/09/18 | J | | |
| 114. | | | | | Sold (part) | 09/19/18 | J | B | |
| 115. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 116.  Zimmer Biomet Holdings (ZBH) | A | Dividend | | | Sold | 02/12/18 | J | | |
| 117.  BROKERAGE #2 (H) | | | | | | | | | |
| 118.  Ironwood Institute MS | | None | | | Redeemed (part) | 07/24/18 | M | | |
| 119. | | | | | Redeemed | 10/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IRA #1 (H) | | | | | | | | | |
| 121. Morgan Stanley Bank Account (cash) | A | Interest | L | T | | | | | |
| 122. Energy Sel Sect SPDR Fd (XLE) | A | Dividend | | | Buy | 01/03/18 | K | | |
| 123. | | | | | Sold | 11/09/18 | K | | |
| 124. iShares 7-10 Yr Treasury Bd ETF (IEF) | A | Dividend | | | Buy | 08/09/18 | K | | |
| 125. | | | | | Sold | 10/17/18 | K | | |
| 126. iShares S&P Mid Cap 400 Index (IJH) | A | Dividend | | | Buy | 05/31/18 | K | | |
| 127. | | | | | Sold | 10/03/18 | K | A | |
| 128. Invesco (formerly Powershares) QQQ TR (QQQ) | A | Dividend | L | T | | | | | |
| 129. iShares Edge MSCI US Quality Fac (QUAL) | | None | | | Buy | 10/03/18 | K | | |
| 130. | | | | | Sold | 11/05/18 | K | | |
| 131. SPDR S&P 500 ETF Trust (SPY) | C | Dividend | M | T | Sold (part) | 06/27/18 | J | | |
| 132. Vanguard FTSE Developed Mkts E (VEA) | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 133. Vanguard Value ETF Index (VTV) | A | Dividend | L | T | Buy | 11/05/18 | K | | |
| 134. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 135. Proshares Large Cap Core Plus (CSM) | B | Dividend | M | T | Sold (part) | 06/27/18 | J | | |
| 136. Calamos Market Neutral Inc I (CMNIX) | C | Dividend | L | T | Buy | 04/18/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 138. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 139. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 140. Calvert Emerging Markets Eq I (CVMIX) | | None | J | T | Buy | 12/17/18 | J | | |
| 141. Doubleline Shiller Enh Cape I (DSEEX) | D | Dividend | L | T | Buy (add'l) | 12/26/18 | J | | |
| 142. Fidelity Adv Total Bond I (FEPIX) | B | Dividend | K | T | Sold (part) | 04/18/18 | J | | |
| 143. | | | | | Sold (part) | 10/17/18 | J | | |
| 144. Goldman Sachs Emerging Mkts Debt I (GSDIX) | A | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 145. | | | | | Sold (part) | 04/24/18 | J | | |
| 146. | | | | | Sold (part) | 05/07/18 | J | | |
| 147. | | | | | Sold | 08/09/18 | K | | |
| 148. Goldman Sachs US Eq Insight I (GSELX) | B | Dividend | K | T | Buy | 08/09/18 | K | | |
| 149. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 150. Hartford Intl Value I (HILIX) | | None | | | Sold | 02/07/18 | K | C | |
| 151. Nuveen Small Cap Value Fund I (FSCCX) | A | Dividend | | | Sold (part) | 10/03/18 | J | A | |
| 152. | | | | | Sold | 12/17/18 | K | | |
| 153. Oakmark International I (OAKIX) | B | Dividend | | | Buy | 02/07/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 06/20/18 | J | | |
| 155. | | | | | Sold (part) | 08/09/18 | K | | |
| 156. | | | | | Sold | 12/20/18 | K | | |
| 157. Pimco Income P (PONPX) | C | Dividend | L | T | | | | | |
| 158. Pimco Invest Grd Corp Bond P (PBDPX) | B | Dividend | | | Sold (part) | 04/19/18 | K | | |
| 159. | | | | | Sold | 04/24/18 | K | | |
| 160. Pimco Short Term 1-2 (PTSPX) | B | Dividend | L | T | Buy | 04/19/18 | K | | |
| 161. | | | | | Buy (add'l) | 04/24/18 | K | | |
| 162. | | | | | Sold (part) | 08/07/18 | J | | |
| 163. | | | | | Buy (add'l) | 10/17/18 | K | | |
| 164. PGIM (formerly Prudential) Short Term Corp Bd Z (PIFZX) | B | Dividend | L | T | Buy (add'l) | 05/07/18 | J | | |
| 165. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 166. TCW Galileo Total Return Bond I (TGLMX) | | None | | | Sold | 01/22/18 | K | | |
| 167. T Rowe Price Mid Cap Gr (RPGMX) | C | Dividend | K | T | Buy | 01/25/18 | K | | |
| 168. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 169. Tortoise MLP & Pipeline Inst (TORIX) | A | Dividend | | | Buy | 08/07/18 | K | | |
| 170. | | | | | Sold | 12/17/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Transamerica Midcap Val Opp A (MCVAX) | | None | | | Sold (part) | 01/03/18 | K | | |
| 172. | | | | | Sold (part) | 01/25/18 | K | A | |
| 173. | | | | | Sold | 05/31/18 | K | | |
| 174. Virtus Kar Small-Cap Growth I (PXSGX) | | None | | | Buy | 06/20/18 | K | | |
| 175. | | | | | Sold | 10/03/18 | K | | |
| 176. Virtus Vontobel (formerly Insight) Emerg Markets I (HIEMX) | | None | | | Buy (add'l) | 01/03/18 | J | | |
| 177. | | | | | Sold (part) | 06/20/18 | K | | |
| 178. | | | | | Sold | 08/09/18 | K | | |
| 179. IRA #2 (H) | | | | | | | | | |
| 180. Morgan Stanley Bank Account (cash) | A | Dividend | K | T | | | | | |
| 181. Energy Sel Sect SPDR Fd (XLE) | A | Dividend | | | Buy | 01/03/18 | J | | |
| 182. | | | | | Sold | 11/09/18 | J | | |
| 183. iShares 7-10 Yr Treasury Bd ETF (IEF) | A | Dividend | | | Buy | 08/09/18 | J | | |
| 184. | | | | | Sold | 10/17/18 | J | | |
| 185. iShares S&P Midcap 400 Index (IJH) | A | Dividend | | | Buy | 05/31/18 | J | | |
| 186. | | | | | Sold | 10/03/18 | J | A | |
| 187. iShares Edge MSCI US Quality Fac (QUAL) | | None | | | Buy | 10/03/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold | 11/05/18 | J | | |
| 189. Invesco (formerly Powershares) QQQ TR (QQQ) | A | Dividend | J | T | | | | | |
| 190. Proshares Large Cap Core Plus (CSM) | A | Dividend | K | T | Sold (part) | 06/27/18 | J | A | |
| 191. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | K | T | Sold (part) | 06/27/18 | J | A | |
| 192. Vanguard FTSE Developed Mkts E (VEA) | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 193. Vanguard Value ETF Index (VTV) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 194. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 195. Calamos Market Neutral Inc I (CMNIX) | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 196. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 197. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 198. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 199. Calvert Emerging Markets Eq I (CVMIX) | | None | J | T | Buy | 12/17/18 | J | | |
| 200. Doubleline Shiller Enh Cape I (DSEEX) | C | Dividend | K | T | Buy (add'l) | 12/26/18 | J | | |
| 201. Fidelity Adv Total Bond I (FEPIX) | A | Dividend | J | T | Sold (part) | 10/17/18 | J | | |
| 202. Goldman Sachs Emerging Mkts Debt I (GSDIX) | A | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 203. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 204. | | | | | Sold (part) | 04/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 28

Name of Person Reporting

Christel, David W.

Date of Report

08/01/2019

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 05/07/18 | J | | |
| 206. | | | | | Sold | 08/09/18 | J | | |
| 207. Goldman Sachs US Eq Insight I (GSELX) | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 208. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 209. Hartford Intl Value I (HILIX) | | None | | | Sold | 02/07/18 | J | | |
| 210. Nuveen Small Cap Value Fund I (FSCCX) | A | Dividend | | | Sold (part) | 10/03/18 | J | A | |
| 211. | | | | | Sold | 12/17/18 | J | | |
| 212. Oakmark International I (OAKIX) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 213. | | | | | Sold (part) | 08/09/18 | J | | |
| 214. | | | | | Sold | 12/20/18 | J | | |
| 215. Pimco Income P (PONPX) | A | Dividend | K | T | | | | | |
| 216. Pimco Invest Grd Corp Bond P (PBDPX) | A | Dividend | | | Sold (part) | 04/19/18 | J | | |
| 217. | | | | | Sold | 04/24/18 | J | | |
| 218. Pimco Short Term I-2 (PTSPX) | A | Dividend | K | T | Buy | 04/19/18 | J | | |
| 219. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 220. | | | | | Sold (part) | 08/07/18 | J | A | |
| 221. | | | | | Buy (add'l) | 10/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. PGIM (formerly Prudential) Short Term Corp Bd Z (PIFZX) | A | Dividend | J | T | Buy (add'l) | 05/07/18 | J | | |
| 223. TCW Galileo Total Return Bond I (TGLMX) | | None | | | Sold | 01/22/18 | J | | |
| 224. T Rowe Price Mid Cap Gr (RPMGX) | A | Dividend | J | T | Buy | 01/25/18 | J | | |
| 225. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 226. Tortoise MLP & Pipeline Inst (TORIX) | A | Dividend | | | Buy | 08/07/18 | J | | |
| 227. | | | | | Sold | 12/17/18 | J | | |
| 228. Transamerica Midcap Val Opp A (MCVAX) | | None | | | Sold (part) | 01/03/18 | J | | |
| 229. | | | | | Sold (part) | 01/25/18 | J | | |
| 230. | | | | | Sold | 05/31/18 | J | | |
| 231. Virtus Kar Small-Cap Growth I (PXSGX) | | None | | | Buy | 06/20/18 | J | | |
| 232. | | | | | Sold | 10/03/18 | J | | |
| 233. Virtus Vontobel (formerly Insight) Emerg Markets I (HIEMX) | | None | | | Buy (add'l) | 01/03/18 | J | | |
| 234. | | | | | Sold (part) | 06/20/18 | J | A | |
| 235. | | | | | Sold | 08/09/18 | J | A | |
| 236. IRA #3 (H) | | | | | | | | | |
| 237. Energy Sel Sect SPDR Fd (XLE) | A | Dividend | | | Buy | 01/03/18 | J | | |
| 238. | | | | | Sold | 11/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Invesco (formerly Powershares) QQQ TR (QQQ) | A | Dividend | J | T | | | | | |
| 240. iShares 7-10 Yr Treas Bd ETF (IEF) | A | Dividend | | | Buy | 08/09/18 | J | | |
| 241. | | | | | Sold | 10/17/18 | J | | |
| 242. iShares S&P Midcap 400 Index (IJH) | A | Dividend | | | Buy | 05/31/18 | J | | |
| 243. | | | | | Sold | 10/03/18 | J | A | |
| 244. iShares Edge MSCI US Qlty Fac (QUAL) | | None | | | Buy | 10/03/18 | J | | |
| 245. | | | | | Sold | 11/05/18 | J | | |
| 246. Proshares Large Cap Core Plus (CSM) | A | Dividend | J | T | Sold (part) | 06/27/18 | J | A | |
| 247. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | Sold (part) | 06/27/18 | J | A | |
| 248. Vanguard FTSE Developed Mkts E (VEA) | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 249. Vanguard Value ETF Index (VTV) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 250. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 251. Calamos Market Neutral Inc I (CMNIX) | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 252. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 253. Doubleline Shiller Enh Cape I (DSEEX) | A | Dividend | J | T | | | | | |
| 254. Fidelity Adv Total Bond I (FEPIX) | A | Dividend | J | T | | | | | |
| 255. Goldman Sachs Emerging Mkts Debt I (GSDIX) | A | Dividend | | | Sold | 08/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Goldman Sachs US Eq Insight I (GSELX) | | None | J | T | Buy | 08/09/18 | J | | |
| 257. Hartford Intl Value I (HILIX) | | None | | | Sold | 02/07/18 | J | A | |
| 258. Nuveen Small Cap Value Fund I (FSCCX) | A | Dividend | | | Sold | 12/17/18 | J | | |
| 259. Oakmark International Advisor (OAYIX) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 260. | | | | | Sold (part) | 08/09/18 | J | | |
| 261. | | | | | Sold | 12/20/18 | J | | |
| 262. PGIM (formerly Prudential) Short Term Corp Bd Z (PIFZX) | A | Dividend | J | T | | | | | |
| 263. Pimco Income P (PONPX) | A | Dividend | J | T | | | | | |
| 264. Pimco Invest Grd Corp Bond P (PBDPX) | A | Dividend | | | Sold (part) | 04/19/18 | J | | |
| 265. | | | | | Sold | 04/24/18 | J | | |
| 266. Pimco Short Term 1-2 (PTSPX) | A | Dividend | J | T | Buy | 04/19/18 | J | | |
| 267. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 268. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 269. TCW Galileo Total Return Bond I (TGLMX) | | None | | | Sold | 01/22/18 | J | | |
| 270. T Rowe Price Mid Cap Gr (RPMGX) | A | Dividend | J | T | Buy | 01/25/18 | J | | |
| 271. Tortoise MLP & Pipeline Inst (TORIX) | A | Dividend | | | Buy | 08/07/18 | J | | |
| 272. | | | | | Sold | 12/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Transamerica Midcap Val Opp A (MCVAX) | | None | | | Sold (part) | 01/03/18 | J | | |
| 274. | | | | | Sold (part) | 01/25/18 | J | A | |
| 275. | | | | | Sold | 05/31/18 | J | | |
| 276. Virtus KAR Sm Cap Grwth I (PXSGX) | | None | | | Buy | 06/20/18 | J | | |
| 277. | | | | | Sold | 10/03/18 | J | | |
| 278. Virtus Vontobel (formerly Insight) Emerg Markets I (HIEMX) | | None | | | Sold (part) | 06/20/18 | J | A | |
| 279. | | | | | Sold | 08/09/18 | J | A | |
| 280. BROKERAGE #4 (H) | | | | | | | | | |
| 281. Morgan Stanley Bank Account (cash) | A | Interest | J | T | | | | | |
| 282. Energy Sel Sect SPDR Fd (XLE) | A | Dividend | | | Buy | 01/03/18 | J | | |
| 283. | | | | | Sold | 11/09/18 | J | | |
| 284. iShares 7-10 Yr Treasury Bd ETF (IEF) | A | Dividend | | | Buy | 08/09/18 | J | | |
| 285. | | | | | Sold | 10/17/18 | J | | |
| 286. iShares S&P Midcap 400 Index (IJH) | A | Dividend | | | Buy | 05/31/18 | J | | |
| 287. | | | | | Sold | 10/03/18 | J | A | |
| 288. iShares Edge MSCI US Quality Fac (QUAL) | | None | | | Buy | 10/03/18 | J | | |
| 289. | | | | | Sold | 11/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Invesco (formerly Powershares) QQQ TR (QQQ) | A | Dividend | K | T | | | | | |
| 291. Proshares Large Cap Core Plus (CSM) | A | Dividend | K | T | Sold (part) | 06/27/18 | J | | |
| 292. SPDR S&P 500 ETF Trust (SPY) | B | Dividend | L | T | Sold (part) | 06/27/18 | J | | |
| 293. Vanguard FTSE Developed Mkts E (VEA) | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 294. Vanguard Values ETF Index (VTV) | A | Dividend | K | T | Buy | 11/05/18 | J | | |
| 295. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 296. Calamos Market Neutral Inc I (CMNIX) | A | Dividend | K | T | Buy | 04/18/18 | J | | |
| 297. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 298. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 299. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 300. Calvert Emerging Markets Eq I (CVMIX) | | None | J | T | Buy | 12/17/18 | J | | |
| 301. Doubleline Shiller Enh Cape I (DSEEX) | C | Dividend | K | T | | | | | |
| 302. Fidelity Adv Total Bond I (FEPIX) | A | Dividend | J | T | Sold (part) | 04/18/18 | J | | |
| 303. | | | | | Sold (part) | 10/17/18 | J | | |
| 304. Goldman Sachs Emerging Mkts Debt I (GSDIX) | A | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 305. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 306. | | | | | Sold (part) | 04/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 05/07/18 | J | | |
| 308. | | | | | Sold | 08/09/18 | J | | |
| 309. Goldman Sachs US Eq Insight I (GSELX) | A | Dividend | K | T | Buy | 08/09/18 | J | | |
| 310. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 311. Hartford Intl Value I (HILIX) | | None | | | Sold | 02/07/18 | K | B | |
| 312. Nuveen Small Cap Value Fund I (FSCCX) | A | Dividend | | | Sold (part) | 10/03/18 | J | A | |
| 313. | | | | | Sold | 12/17/18 | J | | |
| 314. Oakmark International Advisor (OAYIX) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 315. | | | | | Sold (part) | 08/09/18 | J | | |
| 316. | | | | | Sold | 12/20/18 | J | | |
| 317. Pimco Income P (PONPX) | B | Dividend | K | T | | | | | |
| 318. Pimco Invest Grd Corp Bond P (PBDPX) | A | Dividend | | | Sold (part) | 04/18/18 | J | A | |
| 319. | | | | | Sold (part) | 04/19/18 | J | A | |
| 320. | | | | | Sold | 04/24/18 | J | | |
| 321. Pimco Short Term I-2 (PTSPX) | A | Dividend | K | T | Buy | 04/19/18 | J | | |
| 322. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 323. | | | | | Sold (part) | 08/07/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 325. PGIM (formerly Prudential) Short Term Corp Bd Z (PIFZX) | A | Dividend | K | T | Buy (add'l) | 05/07/18 | J | | |
| 326. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 327. TCW Galileo Total Return Bond I (TGLMX) | | None | | | Sold | 01/22/18 | J | | |
| 328. T Rowe Price Mid Cap Gr (RPMGX) | B | Dividend | J | T | Buy | 01/25/18 | J | | |
| 329. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 330. Tortoise MLP & Pipeline Inst (TORIX) | A | Dividend | | | Buy | 08/07/18 | J | | |
| 331. | | | | | Sold | 12/17/18 | J | | |
| 332. Transamerica Midcap Val Opp A (MCVAX) | | None | | | Sold (part) | 01/03/18 | J | | |
| 333. | | | | | Sold (part) | 01/25/18 | J | A | |
| 334. | | | | | Sold | 05/31/18 | J | | |
| 335. Virtus Kar Small-Cap Growth I (PXGSX) | | None | | | Buy | 06/20/18 | J | | |
| 336. | | | | | Sold | 10/03/18 | J | | |
| 337. Virtus Vontobel (formerly Insight) Emerg Markets I (HIEMX) | | None | | | Sold (part) | 06/20/18 | J | | |
| 338. | | | | | Sold | 08/09/18 | J | A | |
| 339. BROKERAGE #5 (H) | | | | | | | | | |
| 340. Morgan Stanley Bank Account (cash) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. Bank of America (BAC) | | | | | | | | | |
| 342. Blackstone Group (BX) | A | Dividend | J | T | | | | | |
| 343. Energy Transfer Partners LP (ETP) | | None | J | T | | | | | |
| 344. Enterprise Prod Partners LP (EPD) | | None | J | T | | | | | |
| 345. Energy Sel Sect SPDR Fd (XLE) | D | Dividend | J | T | | | | | |
| 346. MS 8.15% CNTG COUPON NOTE LINKED TO S&p 500 RATE | B | Interest | K | T | | | | | |
| 347. United States Treasury Bill Bond (912796QN2) | | None | | | Buy | 10/09/18 | M | | |
| 348. | | | | | Redeemed | 12/13/18 | M | | |
| 349. United States Treasury Bill Bond (912796RG6) | | None | M | T | Buy | 10/09/18 | M | | |
| 350. Templeton Global Total Ret C (TTRCX) | A | Dividend | J | T | | | | | |
| 351. OTHER HOLDINGS (H) | | | | | | | | | |
| 352. Silver Lake RV Park Management, LLC (NOTE) | D | Interest | | | Redeemed | 09/30/18 | M | | Michael DeFrees |
| 353. Rental Property, Vancouver, WA (Amen Corner Mgmt, LLC) | | None | | | Sold | 01/01/18 | M | | Pin High Partners LLC |
| 354. Rental Property, Vancouver, WA (Blue Tee Mgmt, LLC) | | None | | | Sold | 01/01/18 | L | | Pin High Partners LLC |
| 355. Rental Property, Clackamas, OR (Double Cut Mgmt, LLC) | D | Rent | N | W | | | | | |
| 356. Rental Property, Vancouver, WA (Double Eagle Mgmt, LLC) | | None | | | Sold | 01/01/18 | M | | Pin High Partners LLC |
| 357. Rental Property, Vancouver, WA (First Cut Mgmt, LLC) | | None | | | Sold | 01/01/18 | M | | Pin High Partners LLC |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Rental Property, Vancouver, WA (Front Nine Mgmt, LLC) | | None | | | Sold | 01/01/18 | N | | Pin High Partners LLC |
| 359. Rental Property, Brooklyn, New York (Kick Point, LLC) | D | Rent | | | Sold | 05/01/18 | O | | John & Kathleen Sharpe |
| 360. Rental Property, Clackamas, OR (Pelican Bay Mgmt, LLC) | D | Rent | J | W | | | | | |
| 361. Rental Property, Rocklin, CA (Rocklin NW, LLC) | D | Rent | | | Sold | 09/30/18 | N | | Sutter Comm. Group LLC |
| 362. Rental Property, Portland, OR (MAJ Airport, LLC) | D | Rent | M | W | | | | | |
| 363. Investment Property, Vancouver, WA (Black Silver, LLC) | D | Rent | O | W | | | | | |
| 364. Investment Property, Stockton, CA (Topspin Properties) | | None | N | W | | | | | |
| 365. Investment Property, Vancouver, WA (Topspin Properties, LLC) | | None | P1 | W | | | | | |
| 366. Rental Property, Brooklyn, NY (Kick Point, LLC) | D | Rent | P1 | W | Buy | 06/20/18 | P1 | | J.P.Grathwol & R.Berry |
| 367. MAJ Fife, LLC | | None | P1 | W | Buy | 09/20/18 | P1 | | KD Lee, KB Lee, HS Hong |
| 368. Pin High Partners, LLC | | None | | | Buy | 01/01/18 | P1 | | |
| 369. | | | | | Sold (part) | 01/01/18 | O | | Ray and Mary Thompson |
| 370. | | | | | Sold | 04/01/18 | N | | Double Green Properties, LLC |
| 371. Rental Property, Vancouver, WA (Double Green Properties, LLC) | C | Rent | N | W | Buy | 04/01/18 | N | | Pin High Partners LLC |
| 372. Rental Property, Vancouver, WA | B | Rent | | | Buy | 01/01/18 | N | | Pin High Partners LLC |
| 373. | | | | | Sold | 04/11/18 | N | | Kathleen J Garton, Trustee |
| 374. MAJ University Place Apartments LLC (Pin High NW, LLC) | | None | O | W | Buy | 12/05/18 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI: Value codes are based upon gross value; although the filer owns only a fractional share of the underlying assets.

Part VII, line 341: This item became unreportable during 2018 without a corresponding reportable transaction. (Y)

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 373 was a 1031 exchange.

Part VII, line 374: This asset was acquired from David Smith, Smith Yong Ye Trustees, Jeffrey and Mindy Smith, and D-Y Leasing LLC (Steve Smith).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. Christel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544